IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 1:09CR151

JAIME G. ALVARAZ

**ORDER**

This cause is before the Court on defendant Alvaraz's Motion for Continuance [14]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant seeks a continuance of the trial set to commence on March 15, 2010. In support of the motion, defense counsel avers that he has had insufficient time to devote to trial preparation due to his obligations in other matters. The government has no objection to the requested relief. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from March 15, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Alvaraz's Motion for Continuance [14] is GRANTED;

2. That the trial of this matter is continued until Monday, April 19, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from March 15, 2010 until April 19, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is March 29, 2010;

5. That the deadline for submitting a plea agreement is April 5, 2010.

SO ORDERED, this the 4th day of March, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE